# EXHIBIT C

**EXHIBIT C**

Law Offices Of
# McDonnell & Associates, P.C.

**Metropolitan Business Center**
**860 1ˢᵗ Avenue, Suite 5B**
**King of Prussia, Pennsylvania 19406**
**Telephone: 610-337-2087**
**Facsimile: 610-337-2575**

**Sean K. Ruckenstein, Esquire**                                    Lauren C. DiStefano, Paralegal
sruckenstein@mcda-law.com                                           ldistefano@mcda-law.com
*Admitted in Pennsylvania and New Jersey*

April 8, 2022

**Via Email:** VPRESTO@PANJLAWYERS.COM
Vincent F. Presto, Esquire
**Master Weisnstein Moyer, P.C.**
8 East Main Street
P.O. Box 866
Moorestown, NJ 08033

       **RE:**   **Deliscia McCann v. Walmart Inc., et al.**
               **Superior Court of NJ – Camden, No. CAM-L-000556-22-21**
               **Our File No. 141.269**

Dear Mr. Presto:

      Please be advised that our firm represents Defendants Walmart, Inc. and Walmart Supercenter #2040, in regard to the above-referenced matter. Enclosed please find Supplemental Interrogatories, Notice to Produce Documents, and a Request for Statement of Damages directed towards Plaintiff, Deliscia McCann. Please respond within the time prescribed by the local rules.

                                          Very truly yours,
                                          **McDONNELL & ASSOCIATES, P.C.**

                                          ***/s/ Lauren C. DiStefano***
                                          Lauren C. DiStefano, Paralegal to
                                          Sean K. Ruckenstein, Esquire

SKR/lcd
Enclosures