# EXHIBIT D

**EXHIBIT D**

141.269

**McDonnell & Associates, P.C.**
By: Patrick J. McDonnell, Esquire
Attorney I.D. No. 026781991
pmcdonnell@mcda-law.com
By: Sean K. Ruckenstein, Esquire
Attorney I.D. No. 153282016
sruckenstein@mcda-law.com
Metropolitan Business Center
860 1st Avenue, Ste. 5B
King of Prussia, PA 19406
Telephone – (610) 337-2087
Facsimile – (610) 337-2575

*Attorneys for Walmart Defendants*

| | |
|---|---|
| DELISCIA McCANN,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>WALMART INC.<br>and<br>WALMART SUPERCENTER #2040.<br>and<br>ABC CORPORATIONS 1-10<br>and<br>JOHN/JANE DOE(S) 1-10<br>　　　　　　Defendant(s). | SUPERIOR COURT OF NEW JERSEY<br>CAMDEN COUNTY<br>LAW DIVISION<br><br>CIVIL ACTION<br><br>DOCKET NO.: CAM-L-000556-22 |

**DEFENDANTS WALMART INC. AND WALMART SUPERCENTER #2040'S DEMAND FOR STATEMENT OF DAMAGES**

Pursuant to R. 4:5-2, Plaintiff demands damages in the following amount from Defendant: $ 165,000.00                                         .

Dated: 7/22/22

_____
Vincent F. Presto, Esquire
*Attorney for Plaintiff*