# EXHIBIT F

**EXHIBIT F**

OFFICIAL SITE OF THE STATE OF NEW JERSEY                                               Translate    Search

❮ Voter Search | My Voter Information

# Search Results

If you're having trouble finding your voter record, your current status is Inactive, or you have any questions, please contact your County Commissioner of Registration here.

**DELISCIA Y MCCANN**

**Date of Birth**
08/1966

**Registration Effective Date**
03/19/2021

**Current Registration Status**
Active

**City**
Berlin Borough

**County**
Camden

**Voter ID**
▇▇▇▇▇▇▇▇