LAW OFFICES OF
# MASTER WEINSTEIN MOYER, P.C.
1515 MARKET STREET, SUITE 1200
PHILADELPHIA, PENNSYLVANIA 19102

MICHAEL J. MASTER●
KEVIN WEINSTEIN●
CHRISTOPHER T. MOYER*
STEPHEN E. FARBER●
VINCENT F. PRESTO*
DAVID M. SILVER
PAUL R. WEBER ●

*ALSO MEMBER OF NEW JERSEY BAR
*ALSO MEMBER OF NEW YORK BAR
●OF COUNSEL

(215) 561-2800
Fax: (215) 561-0012
www.panjlawyers.com
Email: vpresto@panjlawyers.com

*Paralegal: Mona L. Nelson*
*Direct Dial:(215) 282-2109*
*Email: mnelson@panjlawyers.com*

NEW JERSEY OFFICE
8 East Main Street
POST OFFICE BOX 866
Moorestown, N.J. 08057
(856) 427-6500 ~ Fax: (856) 427-6502

BUCKS COUNTY OFFICE
LOFTS AT OXFORD VALLEY
172 MIDDLETOWN BOULEVARD
SUITE 201
LANGHORNE, PA 19047
(215) 752-7400 ~ FAX: (215) 752-7401

March 31, 2023

**VIA E-FILING**

Honorable Elizabeth A. Pascal
U. S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

      **Re:**    **Deliscia McCann v. Walmart, Inc., et al.**
             **USDC, No. 1:22-cv-05153**
             _____

Dear Judge Pascal:

    This letter is to inform Your Honor that the above-referenced matter has just settled. Please cancel the telephone status conference call scheduled in the case for April 4, 2023 at 2:30 p.m.

    In addition, a Stipulation for Dismissal is being prepared and will be filed with the Court.

    Thank you very much.

                                              Respectfully yours,

                                              /s/ Vincent F. Presto

                                              VINCENT F. PRESTO

VFP/mln
cc:  Sean K. Ruckenstein, Esquire